THOMAS M. FAY, Respondent, v. LAWRENCE W. ROBERTS, Appellant.— Order, entered on January 30, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

CHEMICAL CORN EXCHANGE BANK, Respondent, v. MONFORTE CONTRACTING CORP., Defendant, and IGNATIUS A. MONFORTE, Appellant.— Order, entered on January 9, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

ARTHUR SCHOEN, Respondent, v. LOOMIS J. GROSSMAN, Appellant.— Resettled judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

ARTHUR SCHOEN, Respondent, v. LOOMIS J. GROSSMAN, Appellant.— Appeal from order entered on May 24, 1962 dismissed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [33 Misc 2d 490.]

In the Matter of JOSEPH LEWIS et al., Appellants, v. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Respondent.— Order, entered on December 19, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. [32 Misc 2d 434.]

In the Matter of MEYER ZIRKES, Appellant, v. ARMAND D'ANGELO, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.— Order, entered on June 29, 1961, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SCHMIDT, Appellant.— Order, entered on May 17, 1961, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

In the Matter of WILLARD WILLIAMS, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Motion to dismiss petition granted and the proceeding dismissed, without costs. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

JAMES J. FLOOD et al. v. STEPHEN P. KENNEDY, as Commissioner of Police of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES A. O'CONNOR. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ. (B) In the Matter of JOANNE WALSH v. ALINE WARNER et al., as Trustees. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.— [In each action] Motion for resettlement granted. Submit order for resettlement.

LILLIAN AMUNDSON v. ANDREW S. AMUNDSON.— Motion for resettlement dismissed. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

(A) ANNE TELL et al., as Assignees of Ever Best Provisions, Inc. v. GENERAL MEAT CORP. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (B) NANCY HOWARD v. FRANK R. CREWDSON. Concur — Botein. P. J., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Application granted.

HELEN H. EPSTEIN v. CARMEN CORBELLI.— Motion to dispense with printing granted to the extent of dispensing with the printing in the record on appeal of the exhibits on condition that the originals thereof are filed with this court on or before October 31, 1962, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 10, 1962, with notice of argument for the November 1962